ORIGINAL

**FILED**

09/20/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0512

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0512

MICHAEL L. GOGUEN,

      Plaintiff, Appellee, and Cross-Appellant,

      v.

NYP HOLDINGS, INC.; ISABEL VINCENT; and DOES 1 through 100,

      Defendants and Appellants,

WILLIAM DIAL,

      Defendant and Cross-Appellee.

**FILED**

SEP 2 0 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Defendants NYP Holdings, Inc., and Isabel Vincent filed a notice of appeal from the Order Re: Motions to Dismiss of the Eleventh Judicial District Court, Cause No. DV-21-1382(A). Plaintiff Michael L. Goguen has cross-appealed. The appeal and cross-appeal are from an order certified as final by the District Court in its Order Entering Partial Final Judgment and Granting Certification Pursuant to Mont. R. Civ. P. 54(b).

Pursuant to M. R. App. P. 4(4)(b), we have reviewed the District Court's certification order for compliance with M. R. App. P. 6(6). We conclude the court's certification order is in substantial compliance with the requirements of Rule 6(6) and our case law interpreting certification orders under Rule 54(b).

Therefore,

IT IS ORDERED that this appeal may proceed.

The Clerk is directed to provide copies of this Order to all counsel of record.

DATED this 20 day of September, 2022.

_____

_____

_____

_____

_____
Justices